CHARLES PARDEE, Respondent, *v.* DAVID TILTON and JOHN TILTON, Appellants, Impleaded, etc.

Order affirmed, with $10 costs and disbursements.

Opinion by Davis, P. J.

WILLIAM B. SCOTT, Respondent, *v.* THE MIDDLETOWN, UNIONVILLE, and WATER GAP RAILROAD COMPANY, Appellants.

Judgment and order affirmed, with costs.

Opinion by Barrett, J.

THE UNIVERSAL LIFE INSURANCE COMPANY, Respondent, *v.* SUSAN A. VAN DYKE, Appellant, Impleaded, &c.

SAME *v.* SAME. No. 2.

SAME *v.* SAME. No. 3.

Judgment affirmed, without costs of appeal to either party.

Opinion by Davis, P. J., Brady, J., dissenting.

WILLIAM H. JACKSON, Respondent, *v.* ISAAC BINNS, Appellant.

Judgment affirmed.

Opinion by Barrett, J.

WILLIAM H. JACKSON, Respondent, *v.* ISAAC BINNS, Appellant.

Judgment affirmed with costs.

Opinion by Barrett, J.

In the Matter of GODFREY HOCK, to Vacate Assessment, etc.

Order modified as directed in opinion, and affirmed as modified, without costs.

Opinion by Barrett, J.

OSCAR B. LUDERS, Appellant, *v.* WILLIAM RASMUS and GEORGE LUSIGNOLO, Respondents.

Judgment affirmed.

Opinion by Davis, P. J